**Michael A. Cohen, OSB #965776**
Email: mcohen@schwabe.com
**Matthew R. Wilmot, OSB #061936**
Email: mwilmot@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suites 1500-2000
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

Attorneys for Plaintiffs Columbia Sportswear Company, Columbia Sportswear North America, Inc., and Columbia Sportswear USA Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COLUMBIA SPORTSWEAR COMPANY,** an Oregon corporation, **COLUMBIA SPORTSWEAR NORTH AMERICA, INC.,** an Oregon corporation, and **COLUMBIA SPORTSWEAR USA CORPORATION,** an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **ASPEN LICENSING INTERNATIONAL, INC.,** a Florida corporation, <br><br> Defendant. | Civil No. 3:10-cv-01483-HU <br><br> NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Columbia Sportswear Company, Columbia Sportswear North America, Inc., and Columbia Sportswear USA Corporation (collectively, "Columbia"), hereby dismiss this action with prejudice, each party to bear its own costs and attorneys' fees.

PAGE 1 -   NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)

PDX/106477/179070/WIL/7078249.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

Defendant Aspen Licensing International, Inc. has not filed an answer to Columbia's complaint. Accordingly, dismissal under Rule 41(a)(1)(A)(i) is appropriate.

DATED: February 4, 2011                         SCHWABE, WILLIAMSON & WYATT, P.C.

                                           By:   /s/ Michael A. Cohen
                                                   Michael A. Cohen, OSB #965776
                                                   E-mail: mcohen@schwabe.com
                                                   Matthew R. Wilmot, OSB #061936
                                                   E-mail: mwilmot@schwabe.com

                                                   Attorneys for Plaintiffs Columbia
                                                   Sportswear Company, Columbia
                                                   Sportswear North America, Inc., and
                                                   Columbia Sportswear USA Corporation

PAGE 2 -   NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP
           41(a)(1)(A)(i)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

PDX/106477/179070/WIL/7078249.1